UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ocean State Credit Union f/k/a
Coventry Credit Union

        Plaintiff

v.                              CIVIL ACTION NO. 18-cv-10991
                                    IN ADMIRALTY

Dary Denny, Her Engines,
Machinery, Tackle, Apparel,
Appurtenances, etc., *in rem.*
and Denny Guzman Perez, *in personam*

        Defendants

## **DEFAULT JUDGMENT**

STEARNS, D.J.

Defendant, Dary Denny (O.N. 1242770) and Denny Guzman Perez, having failed to plead or otherwise defendant in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $111,716.44, that defendants are not an infant or an incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $2,680.10.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from defendants Dary Denny (O.N. 1242770), *in rem*, and Denny Guzman Perez, *in personam*, the principal amount of $102,265.17, with fees and costs in the amount of $4,559.35 and prejudgment interest at the rate of 4.5% from June 1, 2017 to August 16, 2017 in the amount of $4,891.92 for a total judgment of $111,716.44 with interest as provided by law.

                                                              By the Court,

Dated: August 17, 2018                       /s/ Arnold Pacho
                                                          Deputy Clerk

NOTE: The post judgment interest rate effective this date is 2.45%

F:\contents\Coventry Credit Union\Guzman-Perez\2018\Motion for Default Judgment\Order.doc